# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2009

138822

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

QUINCY PENN HARRIS,
       Defendant-Appellant.

SC: 138822
COA: 289217
Wayne CC: 07-011987

_____/

      On order of the Court, the application for leave to appeal the April 3, 2009 order of the Court of Appeals is considered, and it is DENIED as moot, because the defendant has completed his sentence.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2009

_____
Clerk

p1202